IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| LACY BROWN, # 1179549 § | |
| § | |
| v. § | CIVIL ACTION NO. G-06-580 |
| § | |
| NATHANIEL QUARTERMAN, § | |
| DIRECTOR OF TDCJ-CID § | |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on May 10, 2007. Although being given ample time to do so, Petitioner has filed no objections.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation is correct and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is **ORDERED** that Respondent's Motion for Summary Judgment (Instrument No. 12) is **GRANTED** and that the Petition for a Writ of Habeas Corpus of Lacy Brown (Instrument No. 1) is hereby **DISMISSED**.

**DONE** at Galveston, Texas this 11th day of June, 2007.

Samuel B. Kent
United States District Judge